# Court of Appeals
# of the State of Georgia

ATLANTA, __April 29, 2024__

*The Court of Appeals hereby passes the following order:*

## A24A1306. MATTHEW BAHR v. OVIE MUGHELLI et al.

Following a bench trial, the trial court awarded damages to plaintiff Matthew Bahr for breach of contract in the amount of $70.00. He appeals directly to this Court, but we lack jurisdiction.

Under OCGA § 5-6-35 (a) (6), "[a]ppeals in all actions for damages in which the judgment is $10,000.00 or less" must be brought by application for discretionary appeal. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Here, because the judgment amount does not exceed $10,000, Bahr was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (6). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__04/29/2024__*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , *Clerk.*